844

No. 293.   Cosper *v.* Illinois.   Supreme Court of Illinois.   Certiorari denied.   *Herbert M. Wetzel, Arthur Frankel* and *Demetri M. Spiro* for petitioner.   *Latham Castle,* Attorney General of Illinois, *John L. Davidson, Jr.,* First Assistant Attorney General, *Fred G. Leach* and *Murray F. Milne,* Assistant Attorneys General, and *John Gutknecht* for respondent.

No. 295.   Pierce *v.* American Communications Co., Inc.   C. A. 1st Cir.   Certiorari denied.   *David Rines* and *Robert H. Rines* for petitioner.   *Paul Kolisch, J. Pierre Kolisch* and *Robert L. Thompson* for respondent.

No. 299.   Landell, Executor, et al. *v.* Northern Pacific Railway Co., formerly the Superior & St. Croix Railway Co.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. *Henry H. Fowler, Alexander B. Hawes, Robert W. Lishman, Marx Leva* and *Edward Brown Williams* for petitioners.   *Porter R. Chandler, M. L. Countryman, Jr.* and *Bernard G. Ostmann* for respondent.

No. 302.   United Gas Pipe Line Co. *v.* Federal Power Commission et al.   C. A. 5th Cir.   Certiorari denied.   *W. Scott Wilkinson* and *C. Huffman Lewis* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter, Herman Marcuse, Willard W. Gatchell* and *Lambert McAllister* for the Federal Power Commission, and *William A. Dougherty* and *James Lawrence White* for the Mississippi River Fuel Corporation, respondents.